MEMAHEN/(5)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ZEESHAN NAYAB, Individually and On Behalf of All Others Similarly Situated,

                      Plaintiff,

                      -against-

INTERACTIVE BROKERS GROUP, INC.,

                      Defendant.

Index No. 08 CV 00242 (cm)

**STIPULATION**

WHEREAS, the Summons and Complaint in the above-captioned action was served on Defendant Interactive Brokers Group, Inc. ("IBG"), on January 18, 2008; and

WHEREAS, Plaintiff Zeeshan Nayab has indicated his intention to serve an Amended Complaint in this action.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for IBG and Plaintiff as follows:

1.     IBG's time to answer or move to dismiss the Complaint in this action is extended until thirty days after the entry of an Order appointing a Lead Plaintiff.

IT IS SO STIPULATED:

DATED: _____

                                ABRAHAM, FRUCHTER & TWERSKY, LLP

                                By: _____
                                    Jeffrey S. Abraham
                                    Jack G. Fruchter
                                    Lawrence D. Levit
                              One Penn Plaza, Suite 2805
                              New York, New York 10119
                              (212) 279-5050
                              JFruchter@aftlaw.com
                              *Attorneys for Plaintiff*

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/15/08

13094330.1

DATED: _____

DECHERT LLP

By: _____
Andrew J. Levander
Gary J. Mennitt
Neil A. Steiner
30 Rockefeller Plaza
New York, New York 10112
(212) 698-3500
Andrew.Levander@Dechert.com
*Attorneys for Interactive Brokers Group, Inc.*

_____
U.S.D.J.

2-15-2008

2

13094330.1