UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

| | | |
|---|---|---|
| ZEESHAN NAYAB, Individually And On Behalf Of All Others Similarly Situated | : | Case No. 08-cv-00242(CM) |
| | : | |
| Plaintiff, | : | |
| | : | **NOTICE OF APPEARANCE** |
| -against- | : | |
| | : | |
| INTERACTIVE BROKERS GROUP, INC., | : | |
| | : | |
| Defendant. | : | |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

To the Clerk of the Court:

      **PLEASE TAKE NOTICE** that Andrew J. Levander and Neil A. Steiner of the law firm of DECHERT LLP hereby enter their appearance as counsel of record on behalf of Interactive Brokers Group, Inc., in the above-captioned action, and that copies of all papers in this action are to be served upon the undersigned at the address set forth below.

Dated:  New York, New York        DECHERT LLP
         March 10, 2008

                                        By:  __/s/_____
                                              Andrew J. Levander
                                              andrew.levander@dechert.com
                                              Neil A. Steiner
                                              neil.steiner@dechert.com
                                              30 Rockefeller Plaza
                                              New York, New York 10112
                                      Tel.:(212) 698-3500
                                      Fax: (212) 698-3599
                                      Attorneys for Interactive Brokers Group, Inc.,