UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

| | | |
|---|---|---|
| ZEESHAN NAYAB, Individually And On Behalf Of All Others Similarly Situated | : | Case No. 08-cv-00242(CM) |
| | : | |
| Plaintiff, | : | |
| | : | **NOTICE OF APPEARANCE** |
| -against- | : | |
| | : | |
| INTERACTIVE BROKERS GROUP, INC., | : | |
| | : | |
| Defendant. | : | |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

To the Clerk of the Court:

      **PLEASE TAKE NOTICE** that Andrew J. Levander and Neil A. Steiner of the law firm of DECHERT LLP hereby enter their appearance as counsel of record on behalf of Interactive Brokers Group, Inc., in the above-captioned action, and that copies of all papers in this action are to be served upon the undersigned at the address set forth below.

Dated: New York, New York  
       March 10, 2008

DECHERT LLP

By: __/s/_____
    Andrew J. Levander
    andrew.levander@dechert.com
    Neil A. Steiner
    neil.steiner@dechert.com
    30 Rockefeller Plaza
    New York, New York 10112
Tel.:(212) 698-3500
Fax: (212) 698-3599
Attorneys for Interactive Brokers Group, Inc.,