UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
ZEESHAN NAYAB, Individually and On
Behalf of All Others Similarly Situated,

        Plaintiff,

  -against-

INTERACTIVE BROKERS GROUP, Inc.,

        Defendant.
------------------------------------- X

Civil Action No. 08 CV 00242 (CM)

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that, upon the annexed Declaration of Neil A. Steiner, dated March 10, 2008, and the exhibits thereto, the accompanying Memorandum of Law of Defendant Interactive Brokers Group, Inc. in Support of Its Motion for an Undertaking, and the prior pleadings and proceedings heretofore had herein, Defendant Interactive Brokers Group, Inc. will move this Court, before the Honorable Colleen McMahon, at the United States Courthouse, 500 Pearl Strett, New York, New York 10007, on a date and time to be determined by the Court, for an Order pursuant to Section 11(e) of the Securities Act of 1933 and Local Rule 54.2 requiring Plaintiff to post an undertaking in the amount of $250,000 as security for Defendant's costs, including attorneys' fees, and granting such other and further relief as the Court deems appropriate.

Dated: New York, New York.
      March 10, 2008

DECHERT LLP

By: _____
   Andrew J. Levander
   Neil A. Steiner
30 Rockefeller Plaza
New York, NY 10112-2200
(212) 698-3500
(212) 698-3599 (fax)
andrew.levander@dechert.com
   *Attorneys for Defendant*
   *Interactive Brokers Group, Inc.*

13123141