Jack G. Fruchter (JF-8435)
Ximena R. Skovron (XS-3397)
**ABRAHAM FRUCHTER & TWERSKY LLP**
One Penn Plaza, Suite 2805
New York, New York 10119
Telephone: (212) 279-5050
Facsimile:  (212) 279-3655

**Proposed Lead Counsel for Plaintiffs**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ZEESHAN NAYAB, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>-against-<br><br>INTERACTIVE BROKERS GROUP, INC.,<br><br>Defendant. | Case No. 08 CV 00242 (CM) |

### NOTICE OF MOTION

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law and Declaration of Ximena R. Skovron in Support of Motion to Appoint Seow Lin as Lead Plaintiff and to Appoint Abraham Fruchter & Twersky LLP as Lead Counsel, Seow Lin hereby moves this Court, pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 77z-1(a)(3)(II), for an order: (i) appointing Seow Lin as lead plaintiff; and (ii) appointing Abraham Fruchter & Twersky LLP as lead counsel and for such other relief as the Court may deem just and proper.

Dated: March 11, 2008
    New York, New York

                         **ABRAHAM FRUCHTER & TWERSKY LLP**

                        By: ____/S/_____
                              Jack G. Fruchter (JF-8435)
                              Ximena R. Skovron (XS-3397)
                              One Penn Plaza, Suite 2805
                              New York, New York 10119
                              Telephone: (212) 279-5050
                              Facsimile:  (212) 279-3655
                              **Proposed Lead Counsel for Plaintiffs**