**MEMO ENDORSED** 3/14/08

*Motion granted since there is no other attorney moving for lead counsel status*

*The granting of this motion does not determine the propriety of class action status or the adequacy of Mr. Lin as named class plaintiff*

Jack G. Fruchter (JF-8435)
Ximena R. Skovron (XS-3397)
**ABRAHAM FRUCHTER & TWERSKY LLP**
One Penn Plaza, Suite 2805
New York, New York 10119
Telephone: (212) 279-5050
Facsimile: (212) 279-3655

**Proposed Lead Counsel for Plaintiffs**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

ZEESHAN NAYAB, Individually and On Behalf of All Others Similarly Situated,

        Plaintiff,

-against-

INTERACTIVE BROKERS GROUP, INC.,

        Defendant.

Case No. 08 CV 00242 (CM)

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law and Declaration of Ximena R. Skovron in Support of Motion to Appoint Seow Lin as Lead Plaintiff and to Appoint Abraham Fruchter & Twersky LLP as Lead Counsel, Seow Lin hereby moves this Court, pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 77z-1(a)(3)(II), for an order: (i) appointing Seow Lin as lead plaintiff; and (ii) appointing Abraham Fruchter & Twersky LLP as lead counsel and for such other relief as the Court may deem just and proper.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/14/08
```

Dated: March 11, 2008
    New York, New York

                                    **ABRAHAM FRUCHTER & TWERSKY LLP**

                                    By: ____/S/_____
                                        Jack G. Fruchter (JF-8435)
                                        Ximena R. Skovron (XS-3397)
                                        One Penn Plaza, Suite 2805
                                        New York, New York 10119
                                        Telephone: (212) 279-5050
                                        Facsimile:  (212) 279-3655
                                        **Proposed Lead Counsel for Plaintiffs**