UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
SEOW LIN, Individually and On Behalf of All  :
Others Similarly Situated,

        Plaintiff,   :   Civil Action No. 08 CV 00242 (CM)

-against-   :   **ELECTRONICALLY FILED**

INTERACTIVE BROKERS GROUP, INC. and   :   **NOTICE OF MOTION**
THOMAS PETERFFY,
        :
        Defendants.
------------------------------------- X

      PLEASE TAKE NOTICE that, upon the annexed Declaration of Neil A. Steiner, dated April 25, 2008, and the exhibits thereto, the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss the Amended Complaint, and the prior pleadings and proceedings heretofore had herein, Defendants Interactive Brokers Group, Inc. and Thomas Peterffy will move this Court, before the Honorable Colleen McMahon, at the United States Courthouse, 500 Pearl Strett, New York, New York 10007, on a date and time to be determined by the Court, for an Order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing the Amended Complaint, with prejudice, and granting such other and further relief as the Court deems appropriate.

Dated: New York, New York.
      April 25, 2008                    DECHERT LLP

                                              By: _____
                                                Andrew J. Levander
                                                Neil A. Steiner
                                            30 Rockefeller Plaza
                                           New York, NY  10112-2200
                                           (212) 698-3500
                                           (212) 698-3599 (fax)
                                           andrew.levander@dechert.com
                                               *Attorneys for Defendants Interactive*
                                               *Brokers Group, Inc. and Thomas Peterffy*

13170249