UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
SEOW LIN On behalf of herself and all others similarly situated

                Plaintiff,

-against-

INTERACTIVE BROKERS GROUP, INC., and THOMAS PETERFFY

                Defendants.
----------------------------------------------------------X

Case No. 08-cv-00242(CM)

**NOTICE OF APPEARANCE**

      **PLEASE TAKE NOTICE** that Andrew J. Levander and Neil A. Steiner of the law firm of DECHERT LLP hereby enters their appearance as counsel of record on behalf of Thomas Peterfey, in the above-captioned action, and that copies of all papers in this action are to be served upon the undersigned at the address set forth below.

Dated: New York, New York
       May 7, 2008

                              DECHERT LLP

                              By: ___/s/_____
                                  Andrew J. Levander
                                  andrew.levander@dechert.com
                                  Neil A. Steiner
                                  neil.steiner@dechert.com
                                  30 Rockefeller Plaza
                                  New York, New York 10112
                       Tel.:(212) 698-3500
                       Fax: (212) 698-3599
                       Attorneys for Defendant Thomas Peterfey