UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SEOW LIN On behalf of herself and all others similarly  :   Case No. 08-cv-00242(CM)
situated                                                :
                                                        :
                     Plaintiff,                         :
                                                        :   **NOTICE OF APPEARANCE**
             -against-                                  :
                                                        :
INTERACTIVE BROKERS GROUP, INC., and THOMAS :
PETERFFY                                                :
                                                        :
                     Defendants.                        :
------------------------------------------------------------X

**PLEASE TAKE NOTICE** that Andrew J. Levander and Neil A. Steiner of the law firm of DECHERT LLP hereby enters their appearance as counsel of record on behalf of Thomas Peterfey, in the above-captioned action, and that copies of all papers in this action are to be served upon the undersigned at the address set forth below.

Dated: New York, New York
       May 7, 2008

                DECHERT LLP

                By: ___/s/_____
                  Andrew J. Levander
                  andrew.levander@dechert.com
                  Neil A. Steiner
                  neil.steiner@dechert.com
                  30 Rockefeller Plaza
                  New York, New York 10112
                Tel.:(212) 698-3500
                Fax: (212) 698-3599
                Attorneys for Defendant Thomas Peterfey