UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
SEOW LIN, Individually and On Behalf of All :
Others Similarly Situated,
                                            CASE NO. 08 cv 242(CM)
            Plaintiff,                      ECF

    -against-

                                          : **NOTICE OF CHANGE OF ADDRESS**
INTERACTIVE BROKERS GROUP, INC. and
THOMAS PETERFFY,

            Defendants.
------------------------------------- X

PLEASE TAKE NOTICE, that effective May 19, 2008, the law firm of Dechert LLP, will be located at 1095 Avenue of the Americas, New York, NY 10036-6797. The telephone and facsimile numbers will remain the same.

Dated: New York, New York.          Respectfully submitted,
       May 15, 2008
                                    DECHERT LLP

                                    By: _____
                                        Neil A. Steiner
                                        @dechert.com
                                        30 Rockefeller Plaza
                                        New York, NY  10112-2200
                                        212-698-3500
                                        212-698-3599
                                        Attorneys for Interactive Brokers Group, Inc.
                                        and Thomas Peterffy