UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
SEOW LIN, on behalf of herself
and all others similarly situated,

        Plaintiff,                      08 Civ. 242 (CM)

    -against-                        CALENDAR NOTICE

INTERACTIVE BROKERS GROUP, INC.
and THOMAS PETERFFY,

        Defendants.
------------------------------------------------------X

    Please take notice that the above captioned matter has been **scheduled** for:

___ Pre-trial Conference    _X_ Status Conference    ___ Oral argument
___ Settlement conference    ___ Plea Hearing        (Bankruptcy Appeal)
___ Rule (16) conference    ___ Final pre-trial conference
___ Telephone Conference    ___ Jury Selection and Trial
___ Non-Jury Trial              ___ Inquest

**before the Honorable Colleen McMahon, United States District Judge, on Friday, September 5, 2008 at 10:00 A.M.** in Courtroom 21B, U. S. District Court, 500 Pearl Street, New York, New York 10007.

    Any scheduling difficulties must be brought to the attention of the Court in writing and faxed to Chambers at (212) 805-6326.

Dated: August 25, 2008
       New York, New York

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/25/08

So Ordered

*/s/ Colleen McMahon*

Colleen McMahon, U.S.D.J